UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL A. GARCIA,

        Plaintiff,

-against-

TIMOTHY LEROY BLACK,
and CFB TRUCKING, INC.,

        Defendants.

---

Rule 7.1 Statement

08 CV 2536 (Judge Batts)

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, Timothy Leroy Black and CFB Trucking, Inc. (private non-government parties), certify that the following are corporate parents, affiliates and/or subsidies of these parties which are publicly held:

None

Dated: March 12, 2008

                                            Michael N. Cotignola
                                            (MC 3523)
                                            Attorney for Defendants
                                            108 Greenwich St. – 5th Floor
                                            New York, NY 10006
                                            (212) 732-6607