UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL A. GARCIA,

        Plaintiff,

-against-

TIMOTHY LEROY BLACK,
and CFB TRUCKING, INC.,

        Defendants.

---

**Jury Demand Pursuant to Fed. R. Civ. P. 81(c)**

08 CV 02536 (DAB) (MHD)

    Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the defendants, by their attorney, Michael N. Cotignola, demand a trial by jury on all issues of fact in the above-captioned matter.

Dated:    March 20, 2008

*[signature]*

**Michael N. Cotignola**
(MC 3523)
Attorney for Defendants
108 Greenwich St. – 5th Floor
New York, NY 10006
(212) 732-6607

To:    **Philip J. Sporn & Associates**
Attorneys for Plaintiff
664 Morris Park Avenue
Bronx, NY 10462
(718) 828-9100