# Certification of Mailing

The undersigned hereby certifies that a true and correct copy of the document described below was served by first-class mail, postage pre-paid, on the parties and attorneys listed below:

Document Served:   **Jury Demand**

Date of Service:   **March 20, 2008**

Service made on:   **Philip J. Sporn & Associates**
**Attorneys for Plaintiff**
**664 Morris Park Avenue**
**Bronx, NY 10462**

Dated:   March 20, 2008

_____
Michael N. Cotignola